IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00269-CMA-KLM

VIVIAN WELLS,

     Plaintiff,

v.

DISH NETWORK, LLC, a Colorado limited liability company,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff's Unopposed Motion to Vacate and Reset Scheduling/Planning Conference** [Docket No. 8; Filed February 11, 2011] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for April 6, 2011 at 11:00 a.m. is **vacated** and **RESET** to **April 26, 2011 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

     IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **April 21, 2011**.

     Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **April 21, 2011**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

     Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

     Dated:  February 16, 2011