IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00269-CMA-KLM

VIVIAN WELLS,

    Plaintiff,

v.

DISH NETWORK, LLC, a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 13; Filed April 7, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is entered as an Order of the Court as of today's date.

Dated: April 14, 2011