IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00269-CMA-KLM

VIVIAN WELLS,

    Plaintiff,

v.

DISH NETWORK L.L.C.,

    Defendant.

**ORDER TO PROCEED WITH ARBITRATION AND FOR
STAY OF THIS ACTION WITH ADMINISTRATIVE CLOSURE**

This matter is before the Court on the Parties' Stipulated Motion to Compel Arbitration and for Stay of Proceedings With Administrative Closure (Doc. # 33) and Defendant's Motion to Compel Arbitration and Motion to Stay Proceedings Pending Arbitration (Doc. # 25).  The Court having reviewed the file and being fully advised,

IT IS ORDERED that the parties shall proceed to arbitration under the terms of the relevant Arbitration Agreements.  It is

FURTHER ORDERED that this civil action is now STAYED and shall be ADMINISTRATIVELY CLOSED by the Clerk of the Court, pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown.  It is

FURTHER ORDERED that the parties shall, within 14 days of the entry of an arbitrator's order in the arbitration, **either** file a request to reopen **or** file appropriate dismissal papers.

DATED: July   14  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge